1  BENJAMIN B. WAGNER
   United States Attorney
2  VICTORIA L. BOESCH (CSBN 228561)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Defendant
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 CHristopher LAMARR,                    CASE NO. 2:12-CV-00189-MCE-DAD

12                  Plaintiff,             **STIPULATION AND ORDER TO ELECT
                                           REFERRAL OF ACTION TO VOLUNTARY
13        v.                               DISPUTE RESOLUTION PROGRAM (VDRP)
                                           PURSUANT TO LOCAL RULE 271**
14 UNITED STATES OF AMERICA

15                  Defendant.

16

17        Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the

18 Voluntary Dispute Resolution Program.  The parties respectfully request that, in the interest of

19 efficiency, this case be referred along with Case No. 2:12-cv-00190-MCE-EFB, Heather LaMarr v.

20 United States of America, for a single ADR process to cover both cases.

21 DATED: January 9, 2013           AUGUST & OSBORNE

22                                  */s/ Todd S. Osborne*  (authorized on 1/9/13)
                                    TODD S. OSBORNE
23
                                    Attorney for Plaintiff
24
                                    BENJAMIN B. WAGNER
25                                  United States Attorney

26

27

28

Stipulation and Order to Elect Referral of Action to            1
Voluntary Dispute Resolution Program (VDRP)

1 | DATED: January 10, 2013

*/s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for the United States

IT IS SO ORDERED.

Dated:  January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT